UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. **H-09-423-3** |
| ADEBOLA ADEBAYO | § § | |

### ORDER ON GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT

HAVING CONSIDERED the Government's Motion, the Court finds that the interests of justice are served by dismissing the Criminal Indictment without prejudice **as only to Defendant Adebola Adebayo.**

Therefore, the Criminal Indictment is dismissed **as only to Defendant Adebola Adebayo** without prejudice.

THIS ____9TH____ day of April 2010.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE